**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
Office of the Clerk
740 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE   PORTLAND, OREGON 97204-2902
(503) 326-8008

**DONALD M. CINNAMOND**                                **ROBERT M. WALCH**
Clerk of Court                                         Chief Deputy Clerk

January 30, 2002

Circuit Court for the State of Oregon
County of Multhomah
Attention: Sue D.
1021 SW 4th Avenue, Room 210
Portland, Oregon 97204

**Subject:  Remand of Civil Case No. CV01-603HU, Trustees of the United Association Union Local No. 290, et al. v. Moss Adams LLP, et al.**

To Whom It May Concern:

Pursuant to this Court's order of 1/28/02 remanding the above referenced case to your court, we are transmitting a certified copy of the order remanding, and certified copy of the docket sheetJanuary 30, 2002.  Please acknowledge receipt on the enclosed copy of this letter and return.  Thank you for your cooperation.

Sincerely,

DONALD M. CINNAMOND, CLERK

/s/ Dawn L. Stephens
Dawn L. Stephens, Deputy Clerk

Enclosure

cc:    Counsel of Record
       File


**RECEIPT IS ACKNOWLEDGED FOR THE DOCUMENTS DESCRIBED HEREIN**

Date of Receipt:_____

Previous Case Number:_____

By:_____

Deputy Clerk